UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.

Brian Dale Lee                  Crim No. 2:18-264

## PLEA

The Defendant, Brian Dale Lee acknowledges receipt of a copy of the Indictment and after arraignment pleads NOT GUILTY in open court.

_____
(Signed)    Defendant

Date: March 16 , 2018
Charleston, South Carolina