IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 2:18-264-RMG |
| ) | |
| vs. ) | |
| ) | **NOTICE OF ENHANCED PENALTY** |
| BRIAN DALE LEE ) | |
| ) | |

The United States of America by and through its undersigned Assistant United States Attorney, files this Notice of Enhanced Penalty thereby notifying the defendant, **BRIAN DALE LEE**, that he is subject to increased penalties provided by Title 21, United States Code, Section 851, based upon the following convictions:

1. *Possession of cocaine*: Charleston County General Sessions Court; Indictment No. 2008-GS-10-06079; Warrant No. K300280; Date of Arrest 4/24/2008; Conviction Date 6/25/2008.
2. *Possession of cocaine base*: Charleston County General Sessions Court; Indictment No. 2013-GS-10-05205; Date of Arrest 5/20/2013; Conviction Date 8/7/2013.
3. *Possession of cocaine*: Charleston County General Sessions Court; Indictment No. 2014-GS-10-06964; Date of Arrest 9/12/2014; Conviction Date 12/18/2014.
4. *Trafficking cocaine base, 10-28 grams*: Charleston County General Sessions Court; Indictment No. 2014-GS-10-06966; Date of Arrest 9/12/2014; Conviction Date 12/18/2014.
5. *PWID methamphetamine:* Charleston County General Sessions Court; Indictment No. 2014-GS-10-06967; Date of Arrest 9/12/2014; Conviction Date 12/18/2014.

    Respectfully submitted,

    SHERRI A. LYDON
    UNITED STATES ATTORNEY

By: *s/ Nick Bianchi*
    Nick Bianchi
    Assistant United States Attorney

Charleston, SC
July 23, 2018