IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**CHARLESTON DIVISION**

**United States of America**

vs

CR NO <u>2:18-264</u>

**Brian Dale Lee**

# PLEA

The defendant, **Brian Dale Lee**, having withdrawn his plea of Not Guilty entered March 16, 2018, pleads **GUILTY to Count(s)** _____1_____ of the **Indictment** after arraignment in open court.

_____ 10/23/18
(Signed) Defendant

Charleston, South Carolina

October 23, 2018